# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT
# OF TENNESSEE

IN THE MATTER OF:

**WILLIAM A., the Student,**
*By and Through his Parents,*
**E.A. and C.A.**

*Plaintiffs*                                                     NO. 3:23-cv-01110
                                                                                        Judge Aleta A. Trauger

*v.*                                                                                       **JURY DEMANDED**

**CLARKSVILLE-MONTGOMERY COUNTY SCHOOLS**

*Defendant*

## JOINT NOTICE OF SETTLEMENT

       **COME NOW** the parties, Plaintiffs, William A., the Student, by and through his parents, E.A. and C.A., and Defendant, Clarksville-Montgomery County Schools, by and through counsel for both parties**,** and are pleased to advise the Court that they have reached a settlement that has resolved all claims in this matter. Counsel are in the process of finalizing the terms of that settlement agreement and executing same, which may take up to four to five weeks. Upon completion, a Joint Stipulation for Voluntary Dismissal will be entered.

Respectfully Submitted,
**GILBERT LAW, PLC**

/s Justin S. Gilbert
Justin S. Gilbert (TN Bar No. 017079)
100 W. Martin Luther King Blvd, Suite 501
Chattanooga, TN 37402
Telephone: 423.756.8203
Facsimile: 423.756.2233
justin@schoolandworklaw.com

**&**

**THE SALONUS FIRM, PLC**
/s Jessica F. Salonus
JESSICA F. SALONUS (28158)
139 Stonebridge Boulevard
Jackson, Tennessee 38305
Telephone: (731) 300-0970
jsalonus@salonusfirm.com

***ATTORNEYS FOR PLAINTIFFS***

**&**

**CORNELIUS & COLLINS LLP**

/s Rebecca Demaree
Rebecca Demaree (13994)
Caitlin A. Kirk (41281)
Victoria L. Rohloff (40310)
211 Athens Way, Suite 200
Nashville, Tennessee 37228
Telephone: (615)- 244-1440
Facsimile: (615)-254-9477

***ATTORNEYS FOR DEFENDANT***

## CERTIFICATE OF SERVICE

      I hereby certify that on August 7, 2025, a copy of the foregoing Joint Notice of Settlement was filed electronically via the Court's filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt as follows:

**CORNELIUS & COLLINS LLP**
Rebecca Demaree (13994)
Caitlin A. Kirk (41281)
Victoria L. Rohloff (40310)
211 Athens Way, Suite 200
Nashville, Tennessee 37228
Telephone: (615)- 244-1440
Facsimile: (615)-254-9477

s/Jessica F. Salonus