# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT
# OF TENNESSEE

IN THE MATTER OF:

**WILLIAM A.**, the Student,
*By and Through his Parents,*
**E.A. and C.A.**

*Plaintiffs*  NO. 3:23-cv-01110
  Judge Aleta A. Trauger

*v.*  JURY DEMANDED

**CLARKSVILLE-MONTGOMERY COUNTY SCHOOLS**

*Defendant*

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the Defendant, Clarksville-Montgomery County School System and Plaintiffs, William A., *et al.*, by and through their respective counsel, and hereby jointly stipulate that the above captioned action should be and hereby is voluntarily dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

The Parties, as evidenced by the signatures of counsel below, have settled all claims, and have stipulated to the dismissal with prejudice of the above referenced action, each to bear its own costs and expenses, including attorney's fees and costs, except as outlined in the Parties' Settlement Agreement.

Respectfully submitted this 8th day of October, 2025.

Respectfully Submitted,
**GILBERT LAW, PLC**

/s Justin S. Gilbert
Justin S. Gilbert (TN Bar No. 017079)
100 W. Martin Luther King Blvd, Suite 501
Chattanooga, TN 37402
Telephone: 423.756.8203
Facsimile: 423.756.2233
justin@schoolandworklaw.com

**&**

**THE SALONUS FIRM, PLC**
/s Jessica F. Salonus
JESSICA F. SALONUS (28158)
139 Stonebridge Boulevard
Jackson, Tennessee 38305
Telephone: (731) 300-0970
jsalonus@salonusfirm.com

***ATTORNEYS FOR PLAINTIFFS***

**&**

**CORNELIUS & COLLINS LLP**

/s Rebecca Demaree
Rebecca Demaree (13994)
Caitlin A. Kirk (41281)
Victoria L. Rohloff (40310)
511 Union Street, Suite 1500
P.O. Box 190695
Nashville, Tennessee 37219
Telephone: (615)- 244-1440
Facsimile: (615)-254-9477

***ATTORNEYS FOR DEFENDANT***

## CERTIFICATE OF SERVICE

      I hereby certify that on October 8, 2025, a copy of the foregoing Stipulation of Voluntary Dismissal was filed electronically via the Court's filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt as follows:

**CORNELIUS & COLLINS LLP**
Rebecca Demaree (13994)
Caitlin A. Kirk (41281)
Victoria L. Rohloff (40310)
511 Union Street, Suite 1500
P.O. Box 190695
Nashville, Tennessee 37219
Telephone: (615)- 244-1440
Facsimile: (615)-254-9477

s/Jessica F. Salonus